# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Phillip Gillon, | ) | C/A No.: 3:11-cv-1582-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Gloria Glisson; United States of America; Taxpayers for Account 53-0197081, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Phillip Gillon, who is proceeding pro se, filed this action against the Defendants, alleging that the Defendants failed to pay him a sum of money he is entitled to under a federal contract. Because Plaintiff's claims are really against the Administrative Office of the United States Courts and the United States Court of Federal Claims and because the Plaintiff has failed to pursue his administrative claims against these federal agencies prior to filing his suit, the Magistrate Judge recommended that this case be summarily dismissed without prejudice and without service of process for lack of subject matter jurisdiction. The time for Plaintiff to object to the Magistrate Judge's Report and Recommendation has expired, and Plaintiff has failed to object to the Magistrate Judge's Recommendation. In the absence of objections to the Report and Recommendation, this court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Accordingly, after carefully reviewing the Report and Recommendation, pleadings, and applicable law, the court adopts the Report and Recommendation of the Magistrate Judge and incorporates it

herein. For the reasons stated therein and in this Order, Plaintiff's complaint is dismissed without prejudice and without service of process.

    IT IS SO ORDERED.

August 23, 2011             Joseph F. Anderson, Jr.
Columbia, South Carolina      United States District Judge